IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LEUNIQUE WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0874-CV-W-GAF |
| ) | |
| NELSON WATSON & ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Notice of Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: January 6, 2009